```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00535-JAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| SAM I. COBURN, and<br>MATTHEW J. COBURN, | |
| Defendants. | |

WHEREAS, on or about June 22, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant defendants Sam I. Coburn and Matthew J. Coburn and the finding of forfeiture by the Court forfeiting to the United States the following property:

    (a)   One Mac Mini, serial number YM73516MYL2;

    (b)   One Hitachi 120 GB hard drive, MLC number DA1905A145121;

    (c)   One Gateway laptop, serial number BT502240609;

    (d)   One IBM Travelstar hard drive, serial number BT102240609;

    (e)   One Gateway Solo laptop; and

1         (f)   One Fujitsu 60 GB hard drive, serial number NN59T45167YR.

AND WHEREAS, beginning on June 25 and June 28, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Sam I. Coburn and Matthew J. Coburn.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

///
///
///
///
///
///

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this ___6th___ day of ___October___, 2011.

                                                    /s/ John A. Mendez
                                                    JOHN A. MENDEZ
                                                    United States District Judge