1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   SAM I. COBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-09-535 JAM |
|---|---|
| Plaintiff, | ) |
| | ) ORDER SEALING RECORD |
| v. | ) |
| SAM I. COBURN, | ) |
| Defendant. | ) |
| _____ | ) |

On September 16, 2011, the Court received defendant's Motion For a 60-Month Sentence, in regard to the defendant's sentencing. This Motion has a psychological report attached which contains personal information.

IT IS HEREBY ORDERED that the Clerk of the Court shall file the psychological report under seal. Thereafter, the Clerk of the Court shall serve on the parties notice of this Order Sealing Record.

Dated: February 7, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge